```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X

ROBIN TELLIER,

                Petitioner,           MEMORANDUM OPINION
                                      AND ORDER
        -against-
                                      97 Civ. 7897 (MGC);
                                      92 Cr. 869 (MGC)
UNITED STATES OF AMERICA,

                Respondent.
----------------------------------X
```

**Cedarbaum, J.**

    Petitioner Robin Tellier moves under Fed. R. Civ. P. 59(e) to alter or amend my denial of his Fed. R. Civ. P. 60(b) motion, which in turn sought reconsideration of my denial of his petition under 28 U.S.C. § 2255.

    Rule 59(e) permits a party to file "a motion to alter or amend a judgment." The standard for a motion to amend a judgment is the same as the standard for a motion for reconsideration. <u>Yurman Designs, Inc. v. A.R. Morris Jewelers</u>, 60 F. Supp. 2d 241, 244 (S.D.N.Y. 1999). Local Rule 6.3 requires that those who seek reconsideration demonstrate that the court has "overlooked matters or controlling decisions which, had they been considered, might reasonably have altered the result." <u>Donahue v. Pendleton Woolen Mills, Inc.</u>, 719 F. Supp. 149, 151 (S.D.N.Y. 1988) (internal quotation marks omitted).

Because Tellier has not satisfied this standard, his motion is denied.

SO ORDERED.

Dated:   New York, New York
         February 27, 2013

                                   S/_____
                                      MIRIAM GOLDMAN CEDARBAUM
                                      United States District Judge