**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 6, 2020

SO ORDERED: 3/13/20

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

Honorable Alison J. Nathan
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Robin Scott Tellier v. United States of America*, Docket No. 92 Cr. 0869 (AJN)

Dear Judge Nathan:

The United States respectfully submits this letter in connection with the Court's Order of January 22, 2020 [ECF No. 429] (the "January 22 Order"), ordering the United States to file, within sixty days of the January 22 Order, an answer or other pleadings in response to the Movant's motion, which was brought under 28 U.S.C. § 2255.

Upon learning of the January 22 Order, the United States ordered archived materials in connection with this matter, some of which have not yet been received. The United States therefore respectfully requests an extension of time, until May 21, 2020, in order to submit an answer or other pleadings. This request is the United States' first for an extension of time.

SO ORDERED

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

by: _____
Kaylan E. Lasky
Assistant United States Attorney
(212) 637-2315
kaylan.lasky@usdoj.gov

cc: *pro se* Movant (proof of service attached)