**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 1, 2020

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/4/2020
```

**BY ECF**
Honorable Alison J. Nathan
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Robin Scott Tellier v. United States of America*, Docket No. 92 Cr. 0869 (AJN)

Dear Judge Nathan:

The Government respectfully submits this letter seeking an adjournment of time within which to answer the Movant's motion, which was brought under 28 U.S.C. § 2255.

On March 16, 2020, the Court granted the Government's first request for an extension of time to answer the Movant's motion (the "First Extension Request"), which was originally due on March 23, 2020, extending the time to respond to May 21, 2020 (ECF. No. 434). The Government filed the First Extension Request because, although the United States ordered archived materials in connection with this matter upon learning of the Movant's motion, some of the requested materials had not yet been received.

In light of logistical issues with accessing the requested archived materials posed by the COVID-19 pandemic, the Government respectfully requests an extension of time, until June 22, 2020, in order to submit its response. This request is the Government's second for an extension of time.

> The Government's is hereby GRANTED. The Government's time to respond is extended to June 22, 2020. The Clerk of Court is respectfully directed to mail a copy of this order to the Movant.
> SO ORDERED.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

SO ORDERED.   5/4/20

*/s/ Alison J. Nathan*
Alison J. Nathan, U.S.D.J.

by: */s/ Kaylan E. Lasky*
Kaylan E. Lasky
Assistant United States Attorney
(212) 637-2315
kaylan.lasky@usdoj.gov

cc: *pro se* Movant (proof of service attached)