USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/30/2020

**Federal Defenders**
OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

*Appeals Bureau*
*Barry D. Leiwant*
Attorney-in-Charge

June 29, 2020

**BY ECF**

Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

  Re: *United States v. Tellier*,
     No. 92-cr-869 / 20-cv-422

Dear Judge Nathan:

  My colleague Sarah Baumgartel is on leave, and I now represent Robin Scott Tellier in the above-captioned matters. Given the complexity of this case and my just being assigned to it, I write to request an extension of one week, until July 13, 2020, to reply to the government's submission of June 22.

SO ORDERED.

  I have conferred with government counsel, Assistant United States Attorney Kaylan E. Lasky, who has no objection to this request.

            Respectfully submitted,

            *s/ Matthew B. Larsen*

cc: AUSA Kaylan E. Lasky    Assistant Federal Defender

SO ORDERED. 6/30/20

*[signature]*

Alison J. Nathan, U.S.D.J.