

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/31/20

July 29, 2020

**BY ECF**

Honorable Alison J. Nathan
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

    Re:  *Robin Scott Tellier v. United States of America*, Docket No. 92 Cr. 0869 (AJN)

Dear Judge Nathan:

    The parties respectfully submit this letter regarding the defendant's petition to vacate, set aside, or correct the defendant's sentence pursuant to 28 U.S.C. § 2255, in order to set a schedule for further briefing. On June 22, 2020, the Government filed its response to the defendant's original petition, which was filed *pro se*. On July 13, 2020, defense counsel filed an amended petition for relief on behalf of the defendant (the "Amended Petition").

    Upon conferring earlier today, the parties propose that the Government file its response to the Amended Petition by August 19, 2020, and that the defendant file any reply to the Government's response by August 26, 2020.

SO ORDERED.

SO ORDERED. 7/31/20

*/s/ Alison J. Nathan*

Alison J. Nathan, U.S.D.J.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York

by: */s/ Kaylan E. Lasky*
    Kaylan E. Lasky
    Assistant United States Attorney
    (212) 637-2315
    kaylan.lasky@usdoj.gov

cc: Matthew B. Larsen, Esq. (by ECF)