UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/29/2021

United States,

—v—

Robin Scott Tellier,

                                    Defendant.

92-cr-869 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

In the Government's opposition to Petitioner's § 2255 petition, it attached the S4 Indictment, the Jury Verdict Form, and the Second Amended Judgment in Petitioner's underlying criminal case. *See* Dkt. Nos. 452-1, 452-2, 452-3.

In the Second Amended Judgment, Counts Five, Nine, Eighteen, and Twenty are labeled "Hobbs Act Robbery" but the corresponding statutory provisions are not 18 U.S.C. § 1951, which is what the corresponding statutory provisions are for those counts in the S4 indictment. Moreover, Counts Six, Ten, Nineteen, and Twenty-One are labeled "Use of a Firearm" (and in the Jury Verdict Form, "Using or Carrying a Firearm . . ."), but the corresponding statutory provisions for those counts are not 18 U.S.C. § 924(c)(1), which is what the corresponding statutory provisions are in the S4 indictment. Lastly, Counts Eight and Twelve are labeled "conspiracy" in the judgment, but the corresponding statutory provisions are not 18 U.S.C. § 371, which is what the corresponding statutory provisions are in the S4 indictment.

The Government is ordered to submit a letter on or before August 10, 2021 explaining its understanding of why the statutory provisions for these counts in the attached Second Amended Judgment do not match the statutory provisions for those counts in the attached S4 indictment.

1

SO ORDERED.

Dated: July 27, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge