# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

*Appeals Bureau*
Barry D. Leiwant
Attorney-in-Charge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/11/2022

January 10, 2022

**BY ECF**

Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

   Re:   *United States v. Robin Scott Tellier*,
         92 Cr. 869 (AJN)

Dear Judge Nathan,

   I write regarding Robin Scott Tellier's pending motion to reduce his sentence, filed on December 17, 2021. I respectfully request that the Court set a deadline for any response from the government so that Mr. Tellier's motion can be decided in a timely fashion. Thank you for consideration of this request.

Respectfully submitted,

/s/ Sarah Baumgartel
Sarah Baumgartel, Esq.
Assistant Federal Defender
52 Duane Street, 10th Fl.
New York, NY 10007
T: (212) 417-8772
Sarah_Baumgartel@fd.org

**The government is ordered to file any response to Mr. Tellier's motion to reduce his sentence by February 1, 2022.**

*Alison J. Nathan*
1/11/2022

cc: Government Counsel (by ECF)

1