# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

*Appeals Bureau*
Barry D. Leiwant
Attorney-in-Charge

February 3, 2022

**BY ECF**

Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/3/2022

Re:   *United States v. Robin Scott Tellier*,
      92 Cr. 869 (AJN)

Dear Judge Nathan,

I write regarding Robin Scott Tellier's pending motion to reduce his sentence. The government filed its response on February 1, 2022. I would like to confer with Mr. Tellier about this response and file a reply. However, because of ongoing lockdowns at his facility—first because of COVID-19 and recently because of a nationwide BOP lockdown—I have not yet been able to confer with him. In order to have more time to speak with him, I respectfully request that the Court set a reply deadline of February 15, 2022. Thank you for consideration of this request.

SO ORDERED

*[signature]*
2/3/2022

Respectfully submitted,

/s/ Sarah Baumgartel
Sarah Baumgartel, Esq.
Assistant Federal Defender
52 Duane Street, 10th Fl.
New York, NY 10007
T: (212) 417-8772
Sarah_Baumgartel@fd.org

cc: Government Counsel (by ECF)

1