UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States,

–v–

Robin Scott Tellier

Defendant.

92-cr-869 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On October 12, 2021, Mr. Tellier filed a letter requesting that the Court, in its amended judgment, recommend that Mr. Tellier's federal sentence run concurrent with his expired state sentence from the date of his arrest and arraignment in 1992. Dkt. Nos. 491, 492 (duplicate entry).

The Government is ordered to file any response to this letter by March 2, 2022.

SO ORDERED.

Dated: February 16, 2022
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

1