UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States,

—v—

Robin Scott Tellier

Defendant.

92-cr-869 (AJN)

ORDER

ALISON J. NATHAN, Circuit Judge, sitting by designation:

The Court has amended Mr. Tellier's judgment based on its order at docket number 483. In the amended judgment, the Court also included the following language: "The Court recommends to the BOP, pursuant to 18 U.S.C. § 3621(b), that the state institution where Mr. Tellier served his state sentence be retroactively designated as the place of service for his federal sentence in order for his federal sentence to be reduced by the amount of time he served in state custody."

This resolves docket numbers 490 and 491 (duplicate filings).

SO ORDERED.

Dated: April 8, 2022
New York, New York

ALISON J. NATHAN
United States Circuit Judge
Sitting by Designation