# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

*David E. Patton*
Executive Director
and Attorney-in-Chief

*Appeals Bureau*
*Barry D. Leiwant*
Attorney-in-Charge

April 11, 2022

**BY ECF**

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application Granted. An amended judgment will be issued forthwith. The Clerk of the Court is directed to terminate the letter motion at docket number 507.

Dated: April 12, 2022
New York, New York

*/s/ Lorna G. Schofield*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Re:   *United States v. Robin Scott Tellier*,
      92 Cr. 869 (LGS)

Dear Judge Schofield,

I write regarding Robin Scott Tellier, a defendant in the above-captioned case recently reassigned to the Court. On October 5, 2021, then-presiding Judge Nathan granted Mr. Tellier's motion to vacate all of his prior convictions under 18 U.S.C. § 924(c). *See* ECF Dkt. 483. Judge Nathan declined to grant Mr. Tellier's motion for resentencing on his remaining counts of conviction, but stated she would issue an amended judgment reflecting the vacated counts. The court issued an amended judgment on April 18, 2022. *See* ECF Dkt. 505. However, it appears that this amended judgment erroneously includes one remaining conviction under 18 U.S.C. § 924(c) (Count 21). It is our understanding that this count should have been vacated pursuant to Judge Nathan's earlier order.

Accordingly, Mr. Tellier objects to the amended judgment and requests that the Court issue a corrected amended judgment reflecting that Count 21 (and its 20-year consecutive sentence) has been vacated, consistent with Judge Nathan's October 5, 2021 Opinion and Order. I have conferred with AUSA Kaylan Lasky on behalf of the government and I understand that the government does not object to correcting the judgment to reflect that Count 21 has been vacated.

1

Finally, I note Mr. Tellier also has a motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (ECF Dkts. 492, 493, 496, 499) that remains pending.

                Respectfully submitted,

                /s/ Sarah Baumgartel
                Sarah Baumgartel, Esq.
                T: (212) 417-8772
                Sarah_Baumgartel@fd.org

cc: Government Counsel (by ECF)