UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,
                               Plaintiff,

              -against-                           92 Crim. 869 (LGS)

    ROBIN SCOTT TELLIER,                   ORDER
                            Defendant,
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, by Order dated May 23, 2022, Defendant's motion for a sentence reduction to time serve was granted. It is hereby

    **ORDERED** that the parties shall appear for a sentencing hearing on **June 2, 2022**, at **10:00 a.m.** The sentencing hearing will be conducted via videoconference. Counsel for the Government and for Mr. Robin Tellier are directed to appear and will be provided with call-in instructions via email. FCI Schuylkill is directed to produce Mr. Robin Tellier for the sentencing. Members of the public may attend by dialing the audio-only line, (888) 363-4749, using Access Code 558-3333. In the event the video technology does not function as expected, Defendant and counsel also shall call this number.

    The Clerk of Court is respectfully directed to close the motions at Docket Nos. 511 and 512.

Dated: May 31, 2022
       New York, New York

                                                 LORNA G. SCHOFIELD
                                                 UNITED STATES DISTRICT JUDGE