# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District
Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

September 13, 2022

**BY ECF**

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
New York, New York 10007

*Application Granted. The Clerk of the Court is directed to terminate the letter motion at docket number 519.*

*Dated: September 15, 2022*
*New York, New York*

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Re: **United States v. Robin Scott Tellier**
    **92 Cr. 869 (LGS)**

Honorable Judge Schofield,

    I write to respectfully request a modification of Robin Scott Tellier's supervised release conditions to permit him to travel to New Jersey and to Catskill, NY.

    This Court granted Mr. Tellier's motion for a reduction of sentence and, in June 2022, resentenced him to time served followed by three years of supervised release. Mr. Tellier's conditions of supervised release require him to obtain court permission before traveling outside the Eastern and Southern Districts of New York.

    A friend of Mr. Tellier's recently passed away and a service for this person will be held on September 17, 2022, in New Jersey. Accordingly, I am requesting a temporary modification of Mr. Tellier's supervision conditions to permit him to travel to New Jersey for this event.

    In addition, Mr. Tellier's elderly father resides in Catskill, NY. I request that Mr. Tellier's travel restrictions be modified to permit him to travel to Catskill with advance permission of his probation officer.

    I have conferred with AUSA Kaylan Lasky and Probation Officer Joseph Barlo, and I understand that they take no position on this request. Thank you for your consideration of this request.

Respectfully submitted,
/s/
Sarah Baumgartel
Assistant Federal Defender