**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

October 6, 2022

BY ECF

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
New York, New York 10007

    Re:    <u>United States v. Robin Scott Tellier</u>
           92 Cr. 869 (LGS)

Honorable Judge Schofield,

    I write to respectfully request a modification of Robin Scott Tellier's supervised release conditions to permit him to travel to Miami, Florida between December 2022 and January 2023.

    Mr. Tellier's adult son currently lives in Miami, Florida, and Mr. Tellier would like to visit him there over the holidays, after Christmas and around the start of the new year. I am therefore requesting a temporary modification of Mr. Tellier's supervised release conditions to permit him to travel to Florida during this time.

    I have conferred with AUSA Kaylan Lasky and Probation Officer Joseph Barlow, and I understand that they take no position on this request. Thank you for your consideration of this request.

Respectfully submitted,
/s/
Sarah Baumgartel
Assistant Federal Defender

cc: AUSA Kaylan Lasky (by ECF)

Application Granted. Defendant Robin Tellier is permitted to travel to Miami Florida from December 2022 through January 2023 for the purpose outlined above. Any travel must be preapproved by the Probation Office. All other conditions o supervision shall remain in effect. The Clerk of the Court is directed to terminate the letter motion at docket number 521.

Dated: October 7, 2022
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE