# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

February 22, 2023

**BY ECF**

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
New York, New York 10007

> Application Granted. The Clerk of the Court is directed to terminate the letter motion at docket number 538.
>
> Dated: February 22, 2023
> New York, New York
>
> *[signature]*
> **LORNA G. SCHOFIELD**
> **UNITED STATES DISTRICT JUDGE**

Re:   **United States v. Robin Scott Tellier**
      **92 Cr. 869 (LGS)**

Honorable Judge Schofield,

    I write to renew my request that Robin Scott Tellier's supervised release conditions be modified to permit him to travel to the District of New Jersey, with advance notice to his probation officer. The Court previously granted Mr. Tellier's request that he be permitted to travel to New Jersey this week and stated that the defendant could renew his more general modification request after conferring with the government.

    As I indicated in my February 17, 2023 letter, I previously spoke to EDNY Probation Officer James who did not object to Mt. Tellier's modification request. I have now also conferred with AUSA Kaylan Lasky, on behalf of the government, who states that the government defers to the position of the Probation Office. Thank you again for consideration of this request.

Respectfully submitted,
    /s/
Sarah Baumgartel
Assistant Federal Defender

cc: AUSA Kaylan Lasky (by ECF)