# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
*and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

March 14, 2023

**BY ECF**

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
New York, New York 10007

Application Granted. The Clerk of the Court is
directed to terminate the letter motion at docket
number 542.

Dated: March 15, 2023
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

**Re:   United States v. Robin Scott Tellier**
       **92 Cr. 869 (LGS)**

Honorable Judge Schofield,

I write to request permission for Robin Scott Tellier to travel to
California between April 8 and April 15, 2023. Mr. Tellier and his family would
like to travel during a school break and visit his family living in California.

I have conferred with EDNY Probation Officer Roushea James and I
understand she does not object to this request. I have also conferred with
AUSA Kaylan Lasky, and I understand that the government defers to
Probation on this matter. Thank you for your consideration of this request.

Respectfully submitted,
_____/s/_____
Sarah Baumgartel
Assistant Federal Defender

cc: AUSA Kaylan Lasky (by ECF)