**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

July 6, 2023

**BY ECF**

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
New York, New York 10007

Application Granted.  The Clerk of the Court is directed to terminate the letter motion at docket number 551.

Dated: July 10, 2023
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re: **United States v. Robin Scott Tellier**
    **92 Cr. 869 (LGS)**

Honorable Judge Schofield,

I write to request permission for Robin Scott Tellier to travel to Miami, Florida from July 24 to July 28, 2023. Mr. Tellier would like to take a vacation and visit his adult son, who lives in that city.

I have conferred with EDNY Probation Officer Roushea James and I understand she does not object to this request. I have also conferred with AUSA Kaylan Lasky, and I understand that the government defers to Probation on this matter. Thank you for your consideration of this request.

Respectfully submitted,
/s/
Sarah Baumgartel
Assistant Federal Defender

cc: AUSA Kaylan Lasky (by ECF)