# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

August 14, 2023

**BY ECF**

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
New York, New York 10007

Application Granted. The Clerk of the Court is directed to terminate the letter motion at docket number 553.

Dated: August 14, 2023
New York, New York

/s/ Lorna G. Schofield
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:   **United States v. Robin Scott Tellier
        92 Cr. 869 (LGS)**

Honorable Judge Schofield,

I write to request permission for Robin Scott Tellier to travel to Miami, Florida. Mr. Tellier traveled to Florida to visit his adult son in July and he is requesting permission to travel there again to visit his son between August 25 and August 30, 2023.

I have contacted both EDNY Probation Officer Roushea James and AUSA Kaylan Lasky regarding this request, but neither has gotten back to me. However, I am sending this letter now because I will be away from the office the remainder of this week. Thank you for your consideration of this request.

Respectfully submitted,
/s/
Sarah Baumgartel
Assistant Federal Defender

cc: AUSA Kaylan Lasky (by ECF)