# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

November 20, 2023

**BY ECF**

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
New York, New York 10007

*Application Granted. The Clerk of the Court is directed to terminate the letter motion at docket number 564.*

*Dated: November 22, 2023*
*New York, New York*

Re: **United States v. Robin Scott Tellier**
    **92 Cr. 869 (LGS)**

*[signature]*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Honorable Judge Schofield,

    I write to request a temporary modification of Robin Tellier's supervised release conditions to permit him to travel to California from November 24-30, 2023. Mr. Tellier plans to visit and stay with his brother who resides in California.

    I have contacted EDNY Probation Officers Roushea James and Joseph Barlo, as well as AUSA Kaylan Lasky. However, I have not heard back from anyone regarding their position on this request. Thank you for your consideration of this request.

Respectfully submitted,
/s/
Sarah Baumgartel
Assistant Federal Defender

cc: AUSA Kaylan Lasky (by ECF)