# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

www.federaldefendersny.org

---

**Barry D. Leiwant**
*Interim Executive Director
and Attorney-in-Chief*

December 28, 2023

*Defendant Robin Tellier's application to travel to Florida from January 4, 2024 through January 8, 2024 is GRANTED. The Clerk of the Court is directed to terminate the letter motion at docket number 566.*

**BY ECF**

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
New York, New York 10007

*Dated: December 29, 2023
New York, New York*

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

Re: <u>United States v. Robin Scott Tellier</u>
    92 Cr. 869 (LGS)

Honorable Judge Schofield,

I write to request that Robin Scott Tellier's supervised release conditions be modified to permit him to travel to Florida between January 4-8, 2023. Mr. Tellier plans to stay in Ft. Lauderdale. He has provided his specific destination address to the Probation Department. Mr. Tellier would like to travel to Florida to visit his adult son. He also anticipates meeting with a friend and producer named Scott Pardo (who wrote to the Court in support of Mr. Tellier's sentence reduction motion) to discuss working together.

I have conferred with EDNY Probation Officer Roushea James and I understand that the Probation Department takes no position on this request. I have also conferred with AUSA Kaylan Lasky, who defers to the Probation Department. Thank you for your consideration of this request.

Respectfully Submitted,
/s/ Sarah Baumgartel
Sarah Baumgartel, Esq.
Assistant Federal Defender
(212) 417-8772

cc: AUSA Kaylan Lasky (by ECF)