# Federal Defenders
## OF NEW YORK, INC.

Appeals Bureau
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8742 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Barry D. Leiwant
*Attorney-in-Charge*

June 3, 2024

**BY ECF**

Application Granted. Defendant Robin Tellier's application to travel to Miami, Florida from January 6, 2024, through January 10, 2024, is GRANTED.  The Clerk of the Court is directed to terminate the letter motion at docket number 568.

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
New York, New York 10007

Dated: June 6, 2024
New York, New York

Re:    ***United States v. Robin Scott Tellier***
       **92 Cr. 869 (LGS)**

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Honorable Judge Schofield,

        I write to request permission for Robin Scott Tellier to travel to the area of Miami, Florida at some time between June 4, 2024 and June 10, 2024. Mr. Tellier would like to visit his adult son, who lives in Miami. I apologize for the short notice regarding this request, but counsel was only recently contacted by Mr. Tellier, who understands that his son will be traveling abroad throughout the rest of the summer and would like to see him in Florida before he leaves.

        I have contacted EDNY Probation Officer Roushea James and AUSA Kaylan Lasky, but have not yet heard back from either regarding this request. I understand that Mr. Tellier has been compliant with the terms of his supervision and reporting to Probation as directed, most recently last week. Thank you for consideration of this request.

                        Respectfully submitted,
                        _____/s/_____
                        Sarah Baumgartel
                        Assistant Federal Defender
                        (212) 417-8772

cc: AUSA Kaylan Lasky (by ECF)