# Federal Defenders
## OF NEW YORK, INC.

Appeals Bureau
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8742 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Barry D. Leiwant
*Attorney-in-Charge*

August 14, 2024

**BY ECF**

> Application GRANTED. Defendant Robin Tellier's application to travel, as outlined below, is GRANTED. The Clerk of Court is respectfully directed to close the motion at Dkt. 574.
>
> Dated: August 19, 2024
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
New York, New York 10007

**Re:** ***United States v. Robin Scott Tellier***
    **92 Cr. 869 (LGS)**

Honorable Judge Schofield,

    I write to request permission for Robin Scott Tellier to travel during August and September 2024. Mr. Tellier respectfully requests permission to travel to the following locations:

- Allentown, Pennsylvania between August 17-18, 2024 to visit a friend;
- Shrewsbury, Massachusetts between August 26 to 29, 2024 to visit his cousin; and
- Northville and Lake George, New York from August 31 to September 2, 2024 to visit his brother's wife.

    I have contacted EDNY Probation Officer Roushea James and AUSA Kaylan Lasky regarding this travel request but have received no response. Thank you for consideration of this request.

Respectfully submitted,
/s/
Sarah Baumgartel, Esq.
Assistant Federal Defender
(212) 417-8772

cc: AUSA Kaylan Lasky (by ECF)