UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
 :
UNITED STATES OF AMERICA, :
 :
 :  92 Cr. 869-01 (LGS)
            -against-  :
 :  ORDER
ROBIN SCOTT TELLIER, :
                              Defendant.  :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on October 23, 2024, Defendant Robin Scott Tellier filed a motion for early termination of his term of supervised release. The Government filed its response in opposition on November 13, 2024, and Defendant filed a reply on November 15, 2024. (Dkt. Nos. 576, 578 and 579)

WHEREAS, after considering the appropriate factors set forth in 18 U.S.C. § 3553(a), the Court may "terminate a term of supervised release . . . at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." *See* 18 U.S.C. § 3583(e)(1)

WHEREAS, this application is opposed by both the Government and the Probation Office.

WHEREAS, the Court has considered the appropriate 3553(a) factors and is not satisfied that terminating Defendant's term of supervised release is warranted by Defendant's conduct and the interest of justice.  It is hereby

**ORDERED** that Defendant Robin Scott Tellier's motion for the early termination of his term of supervised release is DENIED.

The Clerk of the Court is directed to terminate the letter motion at docket number 576.

Dated: November 19, 2024
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**