# Federal Defenders
## OF NEW YORK, INC.

Appeals Bureau
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8742 Fax: (212) 571-0392

*Tamara Giwa*
Executive Director

*Barry D. Leiwant*
Attorney-in-Charge

December 9, 2024

**BY ECF**

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
New York, New York 10007

Re:  **United States v. Robin Scott Tellier**
     **92 Cr. 869 (LGS)**

Honorable Judge Schofield,

I write to request permission for Robin Tellier to travel to Pennsylvania for a short vacation between on or about December 20 to December 22, 2024. I have conferred with EDNY Probation Officer Roushea James and I understand she does not object to this request. I have also conferred with AUSA Kaylan Lasky, and I understand that the government defers to Probation on this matter.

Thank you for consideration of this request.

Respectfully submitted,
/s/
Sarah Baumgartel
Assistant Federal Defender

cc: AUSA Kaylan Lasky (by ECF)

---

*Application GRANTED. Defendant Robin Tellier's application to travel, as outlined below, is GRANTED. The Clerk of Court is respectfully directed to close the motion at Dkt. No. 581.*

*Dated: December 20, 2024*
*New York, New York*

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**